# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                                  **Case No. 3:24-CR-08**

**MICHAEL E. WADE,**

        **Defendant.**

---

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 39), ACCEPTING THE PLEA OF GUILTY, AND REFERRED TO THE U.S. PROBATION DEPARTMENT FOR A PRESENTENCE INVESTIGATION AND REPORT

---

On August 1, 2024, this matter came before United States Magistrate Judge Caroline H. Gentry for a Change of Plea Hearing. Having conducted a full plea colloquy with the Defendant, the Magistrate Judge concluded that the Defendant's plea of guilty to Count 1 of the Indictment was knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilt. This Court, noting that no objections have been filed thereto, and that the time for filing such objections expired on August 15, 2024, hereby ADOPTS said Report and Recommendations.

Therefore, based upon the aforesaid, and this Court's de novo review of the comprehensive findings by the United States Magistrate Judge this Court adopts the Report and Recommendations of the United States Magistrate Judge (Doc. No. 39) in its entirety, finding that the plea was knowing, intelligent and voluntary. The Defendant is FOUND guilty of the offense for which he pled. The matter having been referred to the Unites States Probation Department for a presentence investigation and report, this Court would set Final Disposition for Tuesday, November 19, 2024 at 10:30 a.m.

**DONE** and **ORDERED** in Dayton, Ohio, this 19th of August 2024.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT